UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN M. HOMICK, ) | |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | 3:99-CV-299-PMP-WGC |
| ) | |
| WARDEN RENE BAKER, et al., ) | |
| ) | |
| Defendants. ) | |

This date, the Court received the attached Declaration (Doc. #156) filed by Defendant Michael Dominguez in U.S. v. Dominguez, Case No. 2:92-CR-91-PMP-RJJ. The Declaration of Defendant Dominguez is self-explanatory and the Court expresses no opinion on its veracity.  However, the Court finds it appropriate to direct the filing of the Declaration in the pending Habeas Corpus case involving Steven Homick to ensure all counsel of record in that case are privy to the Dominquez Declaration.

**IT IS THEREFORE ORDERED** that the Declaration of Defendant Michael Dominguez (Doc. #156) filed in this Court on April 13, 2012, in Case Number 2:92-CR-91-PMP-RJJ shall forthwith be filed in Case Number 3:99-CV-299-PMP-WGC.

Dated: April 18, 2012.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

2:92CF0091

Declaration of Michael Lee Dominguez

I Michael Lee Dominguez declare as follows:
I am the States witness. I declare that I murdered Verna and Gerald Woodman and relating to Steven Homick's conviction he did not murder them I did. The attorneys of the record for Mr. Homick are permitted to <u>interview</u> declarant, the Court Must notify Mr. Homick's Counsel's for detailed account. Mike has been diagnosed with Hodgkins lymphoma and will die. Robert L. Kee *E-07990°; Jerry Gutierrez H-34791; Norman Mitchell A-70758; Robert Raddish E-37556; Ronnie Mozingo D-63489 Brian Snoke; Keven Howard. Book L.V.C.i.d. 99 or prior.

I declare under penalty of perjury that the foregoing is true and correct, this declaration was executed on 4-8-12 at CSATF/SP.

<u>Michael Lee Dominguez</u>
4-8-12



Michael Lee Domingez,
D-89394, D-3-106
CSATF/SP P.O. Box 5246
Corcoran, Cal. 93212

BAKERSFIELD CA 933
MOJAVE CA
10 APR 2012 PM 2 T

"Confidential Legal Mail"
Federal District Court
Judge Lloyd George
300 S. Las Vegas BLVD.
Las Vegas, Nevada 89101

89101+5833

CSATF
STATE PRISON