1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

9  STEVEN M. HOMICK,                    )

                 Petitioner,           )          3:99-cv-0299-PMP-WGC

10                                      )

   vs.                                  )          **ORDER**

11                                      )

   RENEE BAKER, *et al.*,               )

12                                      )

                 Respondents.          )

13                                      )

   _____/

14

15          This action is a petition for a writ of habeas corpus by Steven M. Homick.

16          On November 10, 2014, petitioner's counsel filed a suggestion of death (ECF No. 386).

17  In that filing, counsel states that Homick died on November 5, 2014.  Suggestion of Death (ECF No.

18  386), p. 1.  On December 23, 2014, petitioner's counsel filed a supplement to the suggestion of death

19  (ECF No. 387), with a copy of Homick's death certificate attached, confirming Homick's death on

20  November 5, 2014.  Petitioner's counsel acknowledges that Homick's death moots this action and

21  that the case should therefore be dismissed.  *See* Suggestion of Death, pp. 1-2; *see also Garceau v.*

22  *Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

23          The court will, therefore, dismiss the action without prejudice, on account of the petitioner's

24  death.

25

26

1      **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT**

2  **PREJUDICE**, as moot, on account of the death of the petitioner.

3      **IT IS FURTHER ORDERED** that the clerk of the court shall **ENTER JUDGMENT**

4  **ACCORDINGLY**.

6  Dated this ____24____ day of December, 2014.

8  UNITED STATES DISTRICT JUDGE

2